# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:16-cv-00147-MR
# (CRIMINAL CASE NO. 1:08-cr-00101-MR-1)

| | |
|---|---|
| FRANKIE LAMAR MOORE, JR., ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 [Doc. 1].

**IT IS, THEREFORE, ORDERED:**

(1)  The United States Marshal shall have Petitioner present in Asheville, North Carolina, for the May 2018 sentencing term;

(2)  The Clerk of Court shall calendar this matter for resentencing during the first sentencing term on or after May 23, 2018; and

(3)  The United States Probation Office shall provide a supplemental presentence report.

The Clerk is directed to provide notification and/or copies of this Order to counsel for the Government, counsel for the Petitioner, the United States

Marshals Service, the Bureau of Prisons, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: March 16, 2018

Martin Reidinger
United States District Judge